IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **NICHOLAS J. GIANINO**, individually and on behalf of others similarly situated,<br><br>                              Plaintiff,<br><br>     v.<br><br>**ALACER CORPORATION,**<br><br>                              Defendant. | CIVIL NO. 09-177-MJR |

## NOTICE OF VOLUNTARY DISMISSAL

Comes now Plaintiff, Nicholas J. Gianino, pursuant to FRCP 41(a)(1)(A)(i), hereby dismisses his cause of action without prejudice. This dismissal is not binding on any members of a putative class save Plaintiff individually and the parties have reached no agreement or compromise of any claims.

DATED: March 9, 2009.                    Respectfully submitted,

                                                                  **NICHOLAS J. GIANINO,**


                                                                  By:  *s/ Brian T. Kreisler*_____
                                                                           One of His Attorneys

| | |
|---|---|
| Paul M. Weiss | Kevin T. Hoerner No. 06196686 |
| Michael J. Lotus | Brian T. Kreisler  No. 06283303 |
| George K. Lang | **BECKER, PAULSON, HOERNER** |
| **FREED & WEISS LLC** | **& THOMPSON, P.C.** |
| 111 West Washington Street, Suite 1331 | 5111 West Main Street |
| Chicago, Illinois 60602 | Belleville, Illinois 62226 |
| (312) 220-0000 | (618) 235-0020 |
| | |
| Richard J. Burke | **Attorneys for Plaintiff** |
| **RICHARD J. BURKE LLC** | **and Proposed Class** |
| 1010 Market Street, Suite 660 | |
| St. Louis, Missouri 63101 | |

### CERTIFICATE OF SERVICE

  I hereby certify that on March 9, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/EMF system, which will send notification of such filing(s) to all counsel of record.

Linda E. Unger
Siobhán M. Murphy
**Lewis Brisbois Bisgaard & Smith LLP**
550 West Adams Street, Suite 300
Chicago, Illinois 60661
312.345.1718 / Fax: 312.345.1778

        Respectfully submitted,

        **s/ Brian T. Kreisler**
        Brian T. Kreisler
        **BECKER, PAULSON, HOERNER**
        **& THOMPSON, P.C.**
        5111 West Main Street
        Belleville, IL 62226
        Tel: (618) 235-0020
        Fax: (618) 235-8558
        ARDC #06283303